FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   DEC 20 2012   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DENISE SAM-SEKUR,

                Plaintiff,

                ORDER
-against-               11-CV-4938 (JFB)(GRB)

THE WHITMORE GROUP, LTD.,

                Defendant.
-------------------------------------------------------X
JOSEPH F. BIANCO, District Judge:

      For the reasons set forth in detail on the record on December 19, 2012, IT IS HEREBY ORDERED that defendant's motion to dismiss the amended complaint is granted to the extent that plaintiff's complaint attempted to allege a hostile work environment pursuant to the Americans with Disabilities Act (ADA). However, defendant's motion to dismiss plaintiff's ADA claim is denied as to the direct disability claim and the regarded as claim.

      Plaintiff's motion to amend the complaint to add a claim under the Family Medical Leave Act (FMLA) is granted. Plaintiff shall submit her second amended complaint by January 29, 2013. Defendant shall submit a letter to the Court indicating whether it wishes move to dismiss plaintiff's claim under the FMLA by February 8, 2013.

                                          SO ORDERED.

                                          _____
                                          Joseph F. Bianco
                                          United States District Judge

Dated: December 20, 2012
       Central Islip, New York