DIANE KREBS
DKREBS@GORDONREES.COM

GORDON & REES LLP

ATTORNEYS AT LAW
90 BROAD STREET, 23RD FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GORDONREES.COM

July 17, 2013

**Via ECF (courtesy copy via regular mail)**

Honorable Joseph F. Bianco, U.S.D.J.
U.S. District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:   *Denise Sam-Sekur v. The Whitmore Group, Ltd.*
             Index No. 2:11-CV-04938 (JFB)(GRB)

Dear Judge Bianco:

      We are counsel to The Whitmore Group, Ltd. ("Defendant") in this matter. We are responding to Your Honor's status report order of July 2, 2013.

      Since our last communication with Your Honor, the settlement agreement has been fully executed by the parties. Unfortunately, there was an delay in the processing of the settlement checks due to a miscommunication between the parties with respect to certain documentation needed from Plaintiff to process those checks. This miscommunication was exacerbated by the sudden personal leave and subsequent departure from the firm of Michael Vollbrecht, the attorney for Defendant who had been handling the day-to-day details of this matter.

      The above miscommunication has recently been corrected, and we received the necessary documentation from Plaintiff just this morning. Accordingly, the parties expect the settlement checks to be delivered shortly. Once that occurs, the parties will file a stipulation of discontinuance with prejudice.

      We apologize to Your Honor for the above unanticipated delays. Should Your Honor require any additional information, we would be happy to comply. Thank you.

                              Respectfully submitted,

                              GORDON & REES LLP

                              Diane Krebs

cc:     Denise Sam-Sekur, plaintiff *pro se* (via regular mail)
        Elizabeth Saylor, Esq., Emery Celli Brinckerhoff & Abady LLP (via e-mail)
        Jennifer Keighley, Esq., Emery Celli Brinckerhoff & Abady LLP (via e-mail)

CALIFORNIA ♦ OREGON ♦ WASHINGTON ♦ NEVADA ♦ ARIZONA ♦ COLORADO ♦ TEXAS ♦ ILLINOIS ♦ MISSOURI ♦ NEW YORK
NEW JERSEY ♦ WASHINGTON D.C. ♦ PENNSYLVANIA ♦ MARYLAND ♦ VIRGINIA ♦ CONNECTICUT ♦ GEORGIA ♦ FLORIDA ♦ SOUTH DAKOTA