**EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
DENISE SAM-SEKUR,

              Plaintiff,        CV 2:11-cv-04938 (JFB) (GRB)

   – against –

THE WHITMORE GROUP, LTD.,      **STIPULATION OF DISMISSAL WITH PREJUDICE**

              Defendants.
---------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and the undersigned counsel for defendants in the above-captioned action, that this action is dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

Dated: New York, New York
       May 24th, 2013

By: _____      GORDON & REES, LLP
Denise Sam-Sekur
Plaintiff                                 By: _____
                                                          ~~Diane~~ Krebs
                                                          ~~Michael J. Vollbrecht~~

                                                          90 Broad Street, 23rd Floor
                                                          New York, NY 10004
                                                          (212) 269-5500
                                                          Attorneys for Defendants